**Order filed April 7, 2015, Withdrawn, Appeal Reinstated and Order filed June 2, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00045-CR
_____

**RENE RIVERA HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCR-056418**

---

## ORDER

On April 7, 2015, this court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file appellant's brief. Appellant's brief was filed May 26, 2015. Accordingly, our order of April, 2015, is withdrawn. The appeal is reinstated. The State's brief is due on or before Appellant's brief is due on or before June 25, 2015.

PER CURIAM